IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KALENA MARIE OCHSNER,<br><br>Defendant. | CR 19–73–BLG–DLC<br><br>ORDER |

The Government moves to dismiss the Superseding Indictment (Doc. 30) without prejudice. (Doc. 40.) The Government represents that, if the Defendant complies with the terms of the deferred prosecution agreement into which she has entered, it will move to dismiss the Superseding Indictment with prejudice at a later date.

Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED, and the Superseding Indictment (Doc. 30) is DISMISSED WITHOUT PREJUDICE.

Dated this 2nd day of March, 2020.

_____
Dana L. Christensen, Chief District Judge
United States District Court