IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–73–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KALENA MARIE OCHSNER, | |
| Defendant. | |

Before the Court is the United States' Motion to Dismiss the Superseding Indictment with Prejudice. (Doc. 42.) The Motion states that the parties entered into a deferred prosecution agreement, Ms. Ochsner has successfully completed the terms and conditions of the agreement, and the United States therefore moves to dismiss the superseding indictment with prejudice pursuant to the terms of the agreement. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 42) is GRANTED. The Superseding Indictment (Doc. 30) is DISMISSED WITH PREJUDICE.

DATED this 27th day of August, 2021.

Dana L. Christensen, District Judge
United States District Court